# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3931
_____

EDWARD STEINER,

Appellant,

v.

RICKY D. DIXON, FDOC,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

ROWE, KELSEY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edward Steiner, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, and Adam D.G. Wright, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.